**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

JOSEPH BAUER,               :   No. 747 MAL 2016

          Petitioner       :

                              :   Petition for Allowance of Appeal from
                              :   the Order of the Commonwealth Court

      v.                   :

                              :

PENNSYLVANIA STATE CIVIL SERVICE   :
COMMISSION (PENNSYLVANIA         :
DEPARTMENT OF TRANSPORTATION),   :

                              :
         Respondent      :

## ORDER

**PER CURIAM**

      **AND NOW**, this 28th day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.